UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  07-16753-BKC-RAM  291878
ROBERTO A. CORTEDANO
JUANA M. OCAMPO

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 26 2011

FILED_____ RECEIVED_____

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 239.19 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: AUG 2 5 2011

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
ROBERTO A. CORTEDANO
JUANA M. OCAMPO
7655 NW 68 COURT
MEDLEY, FL 33166

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

VMS MAINTENANCE SYSTEMS, INC
% WILLIAMS, WILSON & SEXTON, PA
110 W BROWARD BLVD #1500
FT LAUDERDALE, FL 33301

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.   07-16753-BKC-RAM
ROBERTO A. CORTEDANO
JUANA M. OCAMPO

                                        CHAPTER 13

ROBERTO A. CORTEDANO
JUANA M. OCAMPO
7655 NW 68 COURT
MEDLEY, FL 33166


DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

VMS MAINTENANCE SYSTEMS, INC  ---------$          239.19
%WILLIAMS, WILSON & SEXTON, PA
110 W BROWARD BLVD #1500                UNDELIVERABLE/STALE
FT LAUDERDALE, FL 33301                 CLAIM REGISTER# 3

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130